# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALFAYS LEE LANDIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-755

[October 29, 2020]

Consolidated appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case Nos. 432015000832CFA, 432015000626CFB, 432015000830CFA and 432015000828CFA.

Alfays Lee Landis, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., FORST and KUNTZ, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***